UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GLEN MAURICE BAHAM, JR.,

    Petitioner,

v.                                                    Case No. 8:10-cv-851-T-23AEP

SECRETARY, Department of Corrections,

    Respondent.
_____/

## O R D E R

Baham's motion for reconsideration (Doc. 5) is **DENIED**. Because Baham pleaded guilty without a plea agreement, no contractual violation occurred when he was sentenced to a more severe sentence than he anticipated, and the sentencing judge was free to consider Baham's criminal activity that occurred after he pleaded guilty.

ORDERED in Tampa, Florida, on May 24, 2010.

*/s/ Steven D. Merryday*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE